Electronically FILED by Superior Court of California, County of Los Angeles on 03/18/2020 05:37 PM Sherri R. Carter, Executive Officer/Clerk of Court, by N. Alvarez, Deputy Clerk
20STCV11090
Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Jon Takasugi

Neama Rahmani (State Bar No. 223819)
Ronald L. Zambrano (State Bar No. 255613)
  *ron@westcoasttriallawyers.com*
Rosie Zilifyan (State Bar No. 328868)
  *rosie@westcoasttriallawyers.com*
WEST COAST EMPLOYMENT LAWYERS, APLC
350 South Grand Avenue, Suite 3325
Los Angeles, California 90071
Telephone: (213) 927-3700
Facsimile: (213) 927-3701
  *efilings@westcoasttriallawyers.com*

Attorneys for Plaintiff
JESSICA GARCIA

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| JESSICA GARCIA, as an Individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC., a Delaware business organization; and DOES 1 through 250, inclusive,<br><br>Defendants. | Case No.: 20STCV11090<br><br>**COMPLAINT FOR DAMAGES**<br><br>1) **WRONGFUL TERMINATION IN VIOLATION OF GOVERNMENT CODE § 12952 (FAIR CHANCE ACT)**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW the Plaintiff, JESSICA GARCIA, (who hereinafter shall be referred to as the "Plaintiff" or as "GARCIA"), who hereby respectfully alleges, avers, and complains, as follows:

//
//
//
//

---

COMPLAINT AND DEMAND FOR JURY TRIAL

**INTRODUCTION**

1. This is an action brought by the Plaintiff, JESSICA GARCIA, pursuant to California statutory, decisional, and regulatory laws. Plaintiff was an employee of Defendants, AMAZON.COM SERVICES LLC, (hereinafter referred to as "AMAZON"), at all times herein mentioned.

2. Plaintiff alleges that California statutory, decisional, and regulatory laws prohibit the conduct by Defendants herein alleged, and therefore Plaintiff has an entitlement to monetary relief on the basis that Defendants violated such statutes, decisional law, and regulations.

**JURISDICTION AND VENUE**

3. Jurisdiction is proper in this court by virtue of the California statutes, decisional law, and regulations, and the local rules under the Los Angeles County Superior Court Rules.

4. Venue in this Court is proper in that AMAZON has a principal business address located in the City of Chatsworth, County of Los Angeles, State of California.

**PARTIES**

5. At all times herein mentioned Plaintiff, JESSICA GARCIA, is and has been a resident of Los Angeles, State of California.

6. Defendants, AMAZON, is and at all times herein mentioned has been a Delaware corporation with the capacity to sue and to be sued, and doing business, with a principal place of business located at 9031 Lurline Avenue, Chatsworth, California 91311.

//

7. Plaintiff is informed and believes and thereon alleges that each of the Defendants herein were at all times the agent, employee, or representative of each remaining Defendant and were at all times herein acting within and outside the scope and purpose of said agency and employment. Plaintiff further alleges that as to each Defendant, whether named, or referred to as a fictitious name, said Defendants supervised, ratified, controlled, acquiesced in, adopted, directed, substantially participated in, and/or approved the acts, errors, or omissions, of each remaining Defendant.

8. The true names and capacities of the Defendants named herein as DOES 1 through 250, inclusive, whether individual, corporate, partnership, association, or otherwise, are unknown to Plaintiff who therefore sues these Defendants by such fictitious names. Plaintiff will request leave of court to amend this Complaint to allege their true names and capacities at such time as they are ascertained.

## FACTUAL ALLEGATIONS

9. On or about September 26, 2019, Plaintiff was offered an employment position with AMAZON as a Human Resources Specialist. Plaintiff accepted this position.

10. On or October 09, 2019 AMAZON revoked their job offer to Plaintiff because of prior convictions on Plaintiff's background history. This revocation was done without any efforts in obtaining any explanatory information from the Plaintiff regarding said convictions or any other form of individualized assessment.

11. Plaintiff has timely filed a Complaint of Discrimination with the Department of Fair Employment and Housing and obtained a Right to Sue letter dated October 21, 2019. As such, Plaintiff has exhausted her administrative remedies to pursue claims under the Fair Employment and Housing Act ("FEHA").

## FIRST CAUSE OF ACTION

### (WRONGFUL TERMINATION IN VIOLATION OF GOVERNMENT CODE §12952)

### (CRIMINAL HISTORY DISCRIMINATION)

### (PLAINTIFF AGAINST ALL DEFENDANTS)

12. Plaintiff incorporates all paragraphs above as though fully set forth herein.

13. Defendant is a business entity regularly employing at least the minimum number of employees upon which certain legal duties and obligations arise under various laws and statutes, including the FEHA. At all times herein mentioned in this complaint, Government Code §12900 were in full force and effect and were binding on the Defendants and the Defendants were subject to their terms.

14. Plaintiff timely filed a complaint of discrimination with the Department of Fair Employment and Housing alleging inter alia violations of Government Code §12952, fully exhausting Plaintiff's administrative remedies, and has been issued a Right to Sue Letter, conferring jurisdiction on this court over these claims.

15. Under the Fair Employment Housing Act, after an employer offers a candidate a job, employers can conduct a criminal history check. Cal. Gov. Code § 12952. If the employer intends to deny an applicant a position of employment solely or in part because of the applicant's conviction history, the employer must make an individualized assessment about a candidate's conviction history. Cal. Gov. Code § 12952(c)(1). This means that an employer cannot take back the job offer without considering the nature and gravity of the criminal history, the time that has passed since the conviction, and the nature of the job sought. Cal. Gov. Code § 12952(c)(2). If the employer decides to take back the job offer based on a candidate's criminal history, the employer must tell the candidate in writing, provide a copy

of any conviction history report the employer relied on, and give the candidate at least five business days to respond. Cal. Gov. Code § 12952(c)(3). The employer must consider the information the applicant submitted before making a final decision. Cal. Gov. Code § 12952(c)(4).

16. On or about September 26, 2019, Plaintiff was offered an employment position with AMAZON as a Human Resources Specialist. Plaintiff accepted this position.

17. On or October 09, 2019 AMAZON revoked their job offer to Plaintiff because of convictions on Plaintiff's background history. This revocation was done without any efforts in obtaining any explanatory information from the Plaintiff regarding said convictions.

18. Defendants failed to take the necessary steps in accordance with the § 12952, when learning of Plaintiff's convictions. Specifically, in or about October 11, 2019, Defendants informed Plaintiff, via email, that the felony convictions on her record prevented Plaintiff from keeping her position with Defendants and Defendants revoked Plaintiff's job offer that same day. There was no individualized assessment or any invitation for Plaintiff to address any reasonably considered concerns of the Defendant, as required by the aforementioned statute.

19. As a direct and legal result of Defendants' conduct, and each of them, Plaintiff has suffered and continues to suffer general, consequential, and special damages, including but not limited to substantial losses in earnings, other employment benefits, physical injuries, physical sickness, as well as emotional distress, plus medical expenses, future medical expenses, and attorneys' fees, all to her damage in the amount according to proof.

20. Said actions justify the imposition of punitive damages in that Defendants committed the acts alleged herein maliciously, fraudulently and oppressively, with the wrongful intention of injuring Plaintiff, from an improper and evil motives amounting to malice, and in conscious

disregard of Plaintiff's rights. Based upon the foregoing, Plaintiff is entitled to recover punitive damages from Defendants, and each of them, in an amount according to proof.

## PRAYER

1. For damages according to proof, including loss of earnings, deferred compensation, overtime and other employment benefits;

2. For general damages, according to proof;

3. For other special damages according to proof, including but not limited to reasonable medical expenses;

4. For prejudgment interest on lost wages and benefits;

5. For costs incurred by Plaintiff, including reasonable attorneys' fees and costs of suit, in obtaining the benefits due Plaintiff and for violations of Plaintiff's civil rights through the the Fair Employment & Housing Act, as set forth above; and

6. For such other and further relief as the court deems just and proper.

Dated: March 18, 2020        WEST COAST EMPLOYMENT LAWYERS, APLC

By: _____
Ronald L. Zambrano, Esq.
Rosie Zilifyan, Esq.
Attorneys for Plaintiff,
JESSICA GARCIA

//

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial.

Dated: March 18, 2020

WEST COAST EMPLOYMENT LAWYERS, APLC

By: _____
Ronald L. Zambrano, Esq.
Rosie Zilifyan, Esq.
Attorneys for Plaintiff,
JESSICA GARCIA

Electronically FILED by Superior Court of California, County of Los Angeles on 03/18/2020 05:37 PM Sherri R. Carter, Executive Officer/Clerk of Court, by N. Alvarez, Deputy Clerk
20STCV11090

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

AMAZON.COM SERVICES LLC., a Delaware business organization; and DOES 1 through 250, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JESSICA GARCIA, as an Individual,

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of California, County of Los Angeles, 111 North Hill Street, Los Angeles, California 90012

**CASE NUMBER:**
*(Número del Caso):* 20STCV11090

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ronald L. Zambrano, Esq., 350 S. Grand Avenue, Suite 3325, Los Angeles, California 90071; (213) 927-3700

DATE: 03/18/2020
*(Fecha)*

Sherri R. Carter Executive Officer / Clerk of Court

Clerk, by N. Alvarez, Deputy
*(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Amazon.com Services LLC, a Delaware business organization
   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☒ other *(specify):* CCP 17701.16
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*